# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**MICHAEL R. KNIGHT,**

    **Plaintiff,**

**vs.**                                             **CASE NO. 1:08CV125-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Plaintiff has filed a motion to proceed in forma pauperis (doc. 2), but has failed to submit a financial affidavit. Therefore, no decision can be rendered on the motion. Plaintiff shall file a financial affidavit on or before June 30, 2008, or the motion for IFP will be denied.

**DONE AND ORDERED** this 12th day of June, 2008.

                                                    S/ A Kornblum
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**