# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MICHAEL R. KNIGHT,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 1:08CV125-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Plaintiff has filed a financial affidavit in response to the Court's previous Order (doc. 4), which is a form used in the Middle District of Florida and more importantly is not complete. (Doc. 5). For example, he states that he and/or his spouse is receiving welfare, but that the amount is "N/A." The remainder of the form is blank, indicating no income, no assets, no liabilities, no bills, and no rent. Consequently, Plaintiff shall file a financial affidavit on a form used in this district (found on our website www.flnd.uscourts.gov under Forms, Pro Se, IFP Motion for non-prisoners) **on or before June 30, 2008**, or the motion for IFP will be denied.

**DONE AND ORDERED** this  _17th_ day of June, 2008.

                                                    _s/ A. KORNBLUM_
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**