## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**MICHAEL R. KNIGHT,**

      **Plaintiff,**

**vs.**                                   **CASE NO. 1:08CV125-MP/AK**

**MICHAEL J. ASTRUE,**

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Defendant has moved for transfer of the above entitled action to the United States District for the Middle District of Florida because Plaintiff resides in Clay County, Florida.  (Doc. 14).

Pursuant to 42 U.S.C. §405(g) states that civil actions requesting judicial review of final decisions in Social Security cases "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides."

Plaintiff's attorney has no objection to the transfer.

It is respectfully **RECOMMENDED** that Defendant's Motion (doc. 14) be **GRANTED**, and this cause be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division.

**IN CHAMBERS** at Gainesville, Florida, this 10th Day of September, 2008.

s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 1:08cv125-MP/AK**