IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL R. KNIGHT,

    Plaintiff,

v.                                                                  CASE NO. 1:08-cv-00125-MP-AK

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's motion to transfer be granted and that this cause be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The Magistrate filed the Report on Friday, September 10, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. In this case, however, Plaintiff had no objection to Defendant's motion to transfer, so no objections to the Report have been filed. Upon consideration, the Report and Recommendation of the Magistrate, Doc. 17, is ADOPTED and incorporated herein. Defendant's motion to transfer, Doc. 14, is GRANTED, and this cause is TRANSFERRED in the interest of justice, pursuant to Title 28, United States Code, Section 1406(a), to the United States District Court for the Middle District of Florida, Jacksonville Division.

    **DONE AND ORDERED** this  *14th* day of October, 2008

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge